**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


**UNITED STATES OF AMERICA,**

           **v.**                        **11-cr-**

**Daniel Thomas Moriarty, III**


**INFORMATION**

The United States Attorney charges:

**Count One**
**[False Statement During Firearms Purchase:**
**18 U.S.C. 922(a)(6)]**

     On or about June 24, 2009, in the District of New Hampshire,

the defendant,

**DANIEL THOMAS MORIARTY, III**

in connection with his acquisition of a firearm, to wit:

•     a FEG, Model PA63, 9-millimeter pistol, serial number

      L011210

from State Line Gun Shop, 443 Fitchburg Road, Mason, NH, a

federally licensed firearms dealer, knowingly made a false and

fictitious written statement to State Line Gun Shop, which

statement was likely to deceive State Line Gun Shop, as to a fact

material to the lawfulness of such sale of the said firearms to

the defendant, in that the defendant represented that he was the

actual buyer of the gun, when in fact, the defendant knew he was

not the actual buyer of the firearm, and was acquiring the

firearm on behalf of another person.

    In violation of Title 18, United States Code, Sections

922(a)(6) and 924(a)(2).

Date: January 10, 2011___        JOHN P. KACAVAS
                                 United States Attorney
                                 District of New Hampshire


                                 By: /s/ Clyde R. W. Garrigan
                                 Clyde R. W. Garrigan
                                 Assistant U.S. Attorney