UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.     Cr.  11-CR-

Daniel Thomas Moriarty, III

## PRAECIPE FOR SUMMONS

The Clerk of said Court will issue a summons, an Information against the above-named defendant having been filed in the above-entitled cause on the 10th day of January 2011.

This 10th day of January 2011.

JOHN P. KACAVAS
United States Attorney


/s/ Clyde R. W. Garrigan
Clyde R.W. Garrigan
Assistant U.S. Attorney

SUMMONS ISSUED: _____