U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

JAN 31 2011

**FILED**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 11-cr-3-01-PB |
| Daniel Thomas Moriarty | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: January 31, 2011

_____
Defendant's signature

_____
Signature of defendant's attorney

Henry C. Batchelder II
_____
Printed name of defendant's attorney

_____
Judge's signature

_____
Judge's printed name and title