AO 83 (Rev. 06/09) Summons in a Criminal Case

RECEIVED

2011 JAN 13 P 2: 40

U.S. MARSHAL
CONCORD, NH

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) |
| v. | ) |
| | ) Case No. 11-cr-03-01-PB |
| Daniel Thomas Moriarty | ) |
| Defendant | ) |

2011 FEB 3 A 11:02

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☑ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: Warren B. Rudman Courthouse and Federal Building<br>55 Pleasant Street<br>Concord, New Hampshire | Courtroom No.: 4, third floor |
| --- | --- |
| | Date and Time: 1/31/11 @ 10:30 am |

This offense is briefly described as follows:
False Statement During Firearms Purchase

Date: 01/13/2011

_Maryanne Michaelis_
_Issuing officer's signature_

Maryanne Michaelis, Deputy Clerk
_Printed name and title_

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons  ☐ Returned this summons unexecuted

Date: 01/31/2011

_Server's signature_

D. Dempsey DUSM
_Printed name and title_