UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

                                                                                       11-CR-03-01-P.B.

                                                                                       MOTION TO CONTINUE
          - v -                                                                   THE SENTENCING OF
                                                                                       DANIEL MORIARTY

DANIEL MORIARTY,
                        Defendant

-------------------------------------------------------------------x

       The sentencing of Daniel Moriarty is presently scheduled for July 25, 2011.  I move to have the sentencing adjourned.  I do so for the following reasons.

       1.       I was advised this morning that yesterday Mr. Moriarty checked himself into Spectrum, a rehabilitation facility.  I have been unable to ascertain the period of time Mr. Moriarty will be in the facility, but I hope to ascertain the treatment period later today.

       2.       Generally the treatment period is thirty days; hence I request a date convenient to the Court subsequent to September 6, 2011.  I will immediately advise the Court if Mr. Moriarty's inpatient treatment period exceeds thirty days.

       3.       I attempted to confer with Assistant United States Attorney Clyde Garrigan, but as of the creation of this motion, I have been unable to obtain his assent.  I assume it will be forthcoming.

4. No memorandum of law is necessary as the motion does not request substantive relief.

## CONCLUSION

The Court should adjourn the sentencing of Mr. Moriarty.

Dated: July 22, 2011
       New York, New York

Respectfully submitted:

/s/:  Harry C. Batchelder, Jr.
_____
HARRY C. BATCHELDER, JR.
N. H. Bar No. 498
Counsel for Daniel Moriarty
Twenty-Eight Floor
40 Wall Street
New York, New York 10005-1313
212-502-0660

### Certification

I certify that the above Motion to Continue the Sentencing Date of Daniel Moriarty was sent on July 22, 2011 via ECF to Assistant United States Attorney Clyde Garrigan, Office of United States Attorney, District of New Hampshire, 55 Pleasant Street, Concord, NH 03301 and by United States Postal Service to Probation Officer Jodi L. Gauvin, Office of United States Probation, District of New Hampshire, 55 Pleasant Street, Concord, NH 03301.

/s/:  Harry C. Batchelder, Jr.
_____
Harry C. Batchelder, Jr.