UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                Cr. 11-cr-03-01-PB

Daniel Moriarty

GOVERNMENT'S ASSENTED-TO
MOTION TO CONTINUE SENTENCING

    NOW COMES the United States, by and through John P. Kacavas, United States Attorney for the District of New Hampshire, and Clyde R. W. Garrigan, Assistant United States Attorney, and moves this Honorable Court to continue the sentencing hearing in the above-entitled matter.

    In support, the United States says:

    1. The sentencing hearing in this matter is currently scheduled for September 6, 2011 at 11:00 a.m.

    2. I have an important medical appointment that morning which would conflict with the hearing as presently scheduled.

    3. The defendant, through his counsel, has no objection to this Motion.

    WHEREFORE, the United States moves that this Honorable Court:

    A. Continue the hearing for the same date (September 6, 2011) until 2:00 p.m.

    B. Grant such additional relief as may be just and proper.

                               Respectfully submitted,

                               JOHN P. KACAVAS
                               United States Attorney

                    By: /s/ Clyde R. W. Garrigan
                    Clyde R. W. Garrigan
                    Assistant U.S. Attorney

August 10, 2011

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent via ECF to Harry Hatchelder, counsel for defendant.

                    /s/ Clyde R. W. Garrigan
                    Clyde R. W. Garrigan, AUSA