UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.  Criminal No. 11-cr-3-01-PB

Daniel Moriarty, III

ORDER

Due to the emergency created by the unavailability of defendant's counsel, Harry Batchelder, Esq., to attend a bail revocation hearing on August 18, 2011, Paul Garrity, Esq. is appointed to represent defendant for the purpose of the bail revocation hearing only.

SO ORDERED,

August 18, 2011

James R. Muirhead
United States Magistrate Judge

cc: Harry Batchelder, Esq.
Clyde Garrigan, Esq.