

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                                    Case No. _11 cr 3-01-PB_

_Daniel Moriarty_

STIPULATION TO DETENTION AND WAIVER OF DETENTION
HEARING AND/OR WAIVER OF ~~PRELIMINARY~~ HEARING
_Bail violation_

[✓]  I hereby stipulate to detention and waive my right to a detention hearing, without prejudice, as provided in:

    __  18 U.S.C. 3142(f), pending trial**
    ✓  18 U.S.C. 3148(a), revocation of release/pending trial**
    ✓  Fed.R.Crim.P. 46(c) and 18 U.S.C. 3143, pending sentence
    __  Fed.R.Crim.P. 32.1(a)(1) and Fed.R.Crim.P. 46(c), pending revocation of probation/supervised release hearing

[ ]  Having been charged in a (complaint) (petition) pending in this District, I hereby waive my right to a preliminary hearing as provided in Fed.R.Crim.P. 5.1 and Fed.R.Crim.P 32.1(b)(1).

Date: 8/18/11                                       _____
                                                                       Defendant

Date: 8/18/11                                       _____
                                                                 Counsel for Defendant

STIPULATION APPROVED.

Date: 8/18/11                                       _____
                                                       United States Magistrate Judge
                                                       United States District Judge

_I recommend that Mr. Moriarty be admitted to the SCHOC Therapeutic Program._

                                                       _James R. Muirhead_

cc:  US Attorney
     US Marshal
     US Probation
     Defendant's Counsel

**The defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court for the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

USDCNH-31A (5-05)