RECEIVED
U.S. MARSHAL
CONCORD, NH

2011 AUG 17 PM 1: 17

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.   Criminal No. 11-cr-03-01-PB

Daniel Thomas Moriarty, III

## WARRANT FOR ARREST

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Daniel Thomas Moriarty, III and bring him forthwith to the nearest magistrate judge to answer a Memorandum charging him with

Violation of Condition of Bail. *See* Memorandum attached.

2011 AUG 22 P 12: 59 U.S. DISTRICT COURT DISTRICT OF N.H. FILED

DATE: August 17, 2011

ISSUED BY:
Maryanne Michaelis
Deputy Clerk

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| 55 Pleasant Street, Concord, NH | | |
| **DATE RECEIVED** 8-17-11 | **NAME AND TITLE OF ARRESTING OFFICER** Gregory Murano DUSM | **SIGNATURE OF ARRESTING OFFICER** |
| **DATE OF ARREST** 8-17-11 | | |