IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


UNITED STATES OF AMERICA

        v.                      Cr. No.  11-cr-03-01-PB

DANIEL THOMAS MORIARTY, III


NOTICE OF SUBSTITUTE COUNSEL

Enter my appearance as substitute counsel for the United States in the above-entitled

case.

                              Respectfully submitted,

                              JOHN P. KACAVAS
                              United States Attorney


                              /s/ Robert M. Kinsella   
                              Robert M. Kinsealla
                              N.H. Bar # # 273315
                              United States Attorney's Office
                              53 Pleasant St., 4th Floor
                              Concord, NH 03301
                              robert.kinsella@usdoj.gov


Date:  November 3, 2011

CERTIFICATE OF SERVICE

      I, Matthew A. Klecka, hereby certify that a copy of the foregoing was served this date by electronic filing to the following:

James C. Rehnquist, Esquire
Goodwin Procter L.L.P.
Exchange Place
Boston, Massachusetts  02109-2881

Cathy J. Green, Esquire
Green & Utter, P.A.
764 Chestnut Street
Manchester, New Hampshire  03104

Bruce A. Singal, Esquire
Donohuge, Barrett & Singal
One Beacon Street, Suite 1220
Boston, Massachusetts  02108-3912

John C. Kissinger, Esquire
Nelson Kinder Mosseau & Saturley P.C.
99 Middle Street
Manchester, New Hampshire  03101

Andrew Good, Esquire
Good & Cormier
83 Atlantic Avenue
Boston, Massachusetts  02110

Peter D. Anderson, Esquire
McLane, Graf, Raulerson & Middleton
City Hall Plaza, 900 Elm Street
Manchester, New Hampshire 03105

Richard J. McCarthy, Esquire
Edwards & Angell
111 Huntington Avenue
Boston, Massachusetts  02199

Michael D. Ramsdell, Esquire
Kacavas & Ramsdell
175 Canal Street
Manchester, New Hampshire  03101

William J. Cintolo, Esquire
Cosgrove, Eisenberg & Kiley
One International Place, Suite 1820
Boston, Massachusetts  02110

Victor W. Dahar, Esquire
Victor W. Dahar, P.A
20 Merrimack Street
Manchester, New Hampshire  03101

David A. Vicinanzo, Esquire
Nixon Peabody, L.L.P.
889 Elm Street
Manchester, New Hampshire 03101

/s/ Matthew A. Klecka