IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

      v.                              Cr. No. 11-cr-03-01-PB

DANIEL THOMAS MORIARTY, III

## NOTICE OF SUBSTITUTE COUNSEL

Enter my appearance as substitute counsel for the United States in the above-entitled case.

                                          Respectfully submitted,

                                          JOHN P. KACAVAS
                                          United States Attorney

                                          /s/ Robert M. Kinsella
                                          Robert M. Kinsealla
                                          N.H. Bar # # 273315
                                          United States Attorney's Office
                                          53 Pleasant St., 4th Floor
                                          Concord, NH 03301
                                          robert.kinsella@usdoj.gov

Date: November 3, 2011

## **CERTIFICATION**

      I hereby certify that this Notice of Substitute Counsel has been served electronically, through ECF, on Defense Counsel, Harry C. Batchelder, Jr., Esq., Twenty-Eighth Floor, 40 Wall Street, New York, New York 10005-1313, counsel for the defendant, on November 3, 2011.


                                          Robert M. Kinsella
                                          Robert M. Kinsella