# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

    v.                                                   Criminal No. 11-cr-3-01-PB

Daniel Moriarty

## WARRANT FOR ARREST

TO:   The United States Marshal
        and any Authorized United States Officer

       YOU ARE HEREBY COMMANDED to arrest Daniel Moriarty and bring him forthwith to the nearest magistrate judge to answer a Petition charging him with

       Violations of Conditions of Supervised Release. *See* Petition attached.

ISSUED BY:

DATE: July 24, 2012                        *Maryanne Michaelis*
                                         Maryanne Michaelis
                                         Deputy Clerk

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 06/24/12 | | |
| DATE OF ARREST | DUSM PAUL SCHMIEDER | *Paul Schmieder* |
| 06/25/12 | | |