UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

--- 25 2012

**FILED**

IN RE THE MATTER OF:

Petitioner's name: Daniel Moriarty

Case No. (If known): 11 Cr 3-01-PB

## REQUEST FOR APPOINTMENT OF COUNSEL

I, Daniel Moriarty (name)

respectfully request appointment of counsel to represent me as a

- ☐ grand jury target
- ☐ grand jury witness
- ☑ criminal defendant
- ☐ trial witness

☐ other: _____

I am financially unable to hire counsel. A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 7/25/12

Signature of Petitioner: Daniel Moriarty

NOTE FOR GRAND JURY OR WITNESS REPRESENTATION REQUESTS: In order for a request for counsel to be considered by the court, the petitioner must attach either a 1) grand jury target letter, or 2) witness subpoena.

---

### RULING BY JUDICIAL OFFICER

☑ Request Approved. Appoint counsel.

☐ Request Denied.

Date: 7/25/12

U.S. Magistrate Judge

USDCNH-17 (Rev. 5-07) (Previous Editions Obsolete)