# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.   Criminal No. 11-cr-3-01-PB

Daniel Moriarty

## WARRANT FOR ARREST

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Daniel Moriarty and bring him forthwith to the nearest magistrate judge to answer a Petition charging him with

Violations of Conditions of Supervised Release. *See* Petition attached.

DATE: November 15, 2012

ISSUED BY:

Maryanne Michaelis
Deputy Clerk

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at USMS Concord NH | | |
| DATE RECEIVED 11/15/2012 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 11/16/2012 | D Dempsey DUSM | [signature] |